No. 530. Capital Endowment Co. *v.* Ohio ex rel. Bowen, Supervisor of Bond Investment Companies. Motion to dismiss submitted November 2, 1935. Decided November 11, 1935. *Per Curiam:* The motion to dismiss the appeal herein is granted, and the appeal is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *Enterprise Irrigation Dist.* v. *Canal Co.*, 243 U. S. 157, 163–164; *McCoy* v. *Shaw*, 277 U. S. 302, 303; *Browne* v. *Union Pacific R. Co.*, 267 U. S. 255, 258–259. *Messrs. George W. Ritter* and *Richard Inglis* for appellant. *Mr. John W. Bricker* for appellee

No. 531. George Allison & Co., Inc. et al. *v.* United States et al. Jurisdictional statement submitted November 2, 1935. Decided November 11, 1935. *Per Curiam:* The decree is affirmed. *Standard Oil Co.* v. *United States*, 283 U. S. 235, 241; *Brady* v. *United States*, 283 U. S. 804. *Mr. John A. Kelly* for appellants. *Messrs. Daniel W. Knowlton* and *Nelson Thomas* for the United States et al.